IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA,**

      **Plaintiff – Appellee.**

v.                                                                                 **Appeal No.: 23-4513**

                                                                               **Criminal No.: 1:23-CR-21**

**DORIAN MYLES,**

      **Defendant - Appellant.**

**<u>UNITED STATES MOTION FOR EXTENSION TO FILE RESPONSE</u>**

    Now comes the United States of America and William Ihlenfeld, United States Attorney for the Northern District of West Virginia, by Zelda E. Wesley, Assistant United States Attorney for district, and moves this court for a three-day extension to file its response to Defendant's appeal of the detention order. In support of this motion, counsel for the government received Defendant's motion on August 23, 2023. Counsel for the government was out of the office from August 23 through August 25, 2023, and needs more time to file its response.

    Counsel for Mr. Myles does not object to the extension.

    WHEREFORE, the government moves this court for an extension until August 31, 2023, to file its response.

                                                    Respectfully submitted,
                                                    WILLIAM IHLENFELD
                                                    UNITED STATES ATTORNEY

                                     By:    /s/ Zelda E. Wesley_____
                                                    Zelda E. Wesley
                                                    Assistant United States Attorney

CERTIFICATE OF SERVICE

    I, Zelda E. Wesley, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on August 28, 2023, I electronically filed the foregoing **UNITED STATES MOTION FOR EXTENSION TO FILE RESPONSE**, with the Clerk of the Court using the CM/ECF system, which will send notification to defense counsel.

                                            Respectfully submitted,
                                            WILLIAM IHLENFELD
                                            UNITED STATES ATTORNEY

                    By:    /s/ Zelda E. Wesley
                            Zelda E. Wesley